# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY REID,<br><br>    Plaintiff,<br><br>  v.<br><br>ESA MANAGEMENT, LLC,<br><br>    Defendant. | Case No. 18-cv-02550-JSW<br><br>**ORDER TO SHOW CAUSE** |

On August 17, 2018, the Court held the initial case management conference in this case. In the Order setting that conference, the Court ordered the parties to appear "through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement at 1:21-23.)  Chaim Shaun Setareh, Esq. is identified as "lead attorney" on the docket for Plaintiff, but Mr. Seterah did not appear at the case management conference. Accordingly, by no later than August 27, 2018, Mr. Setareh is HEREBY ORDERED TO SHOW CAUSE why sanctions in the amount of $250.00 should not be imposed for his failure to comply with the Court's Order and to appear at the case management conference.

**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
JEFFREY S. WHITE
United States District Judge