# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ARIZMENDI,<br>　　　　Plaintiff,<br>　v.<br>ESA MANAGEMENT, LLC,<br>　　　　Defendant. | Case No. 18-cv-05821-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Reid v. ESA Management, LLC*, Case No. 18-cv-02550-JSW.

**IT IS SO ORDERED.**

Dated: October 23, 2018



JON S. TIGAR
United States District Judge