UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY REID,<br><br>        Plaintiff,<br><br>   v.<br><br>ESA MANAGEMENT, LLC,<br><br>        Defendant. | Case No.  18-cv-02550-JSW<br><br>**ORDER VACATING STATUS CONFERENCE AND ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED** |

On September 4, 2020, the Court granted a motion to withdraw as counsel filed by former counsel for Plaintiff Tracy Reid. In that order, the Court set a status conference for October 9, 2020 and required that a status report be filed by October 7, 2020. The Court has received Defendant's status report, in which it asks that the Court continue to stay Plaintiff's claims. As of the date of this Order, the Court has not received a notice of appearance of new counsel on Plaintiff's behalf or any communication that Mr. Reid will proceed by representing himself.

The Court VACATES the status conference set for October 9, 2020. It is HEREBY ORDERED that by no later than October 23, 2020, Plaintiff shall show cause why this matter should not continue to be stayed pending resolution of the settlements in state court. If the Court does not receive a response from Plaintiff by that date, it shall issue an order to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 8, 2020

JEFFREY S. WHITE
United States District Judge